**IT IS SO ORDERED.**

Dated: 26 August, 2009 03:33 PM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

BK0902808
RAH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| IN RE: | Case No. 09-13832 |
|---|---|
| Karen M. Slesinger | Chapter 7 |
| Debtor | Judge Baxter |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (4427 YORKSHIRE AVENUE, PARMA, OH 44134)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 4427 Yorkshire Avenue, Parma, OH 44134.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Jon J Lieberman, Case Attorney
Ohio Supreme Court #0058394
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3287
(513) 354-6464 fax
bkynoh@lsrlaw.com

Copies to:

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Gordon E. Schmid, Esq. - Attorney for Debtors
6000 Freedom Square Dr., Suite 380
Independence, OH 44131
gschmid01@yahoo.com
VIA ELECTRONIC SERVICE

Craig Slesinger, Interested Party
4427 Yorkshire Ave.
Parma, OH 44134
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Karen M. Slesinger - Debtor
4427 Yorkshire Avenue
Parma, OH 44134
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Alan J. Treinish - Trustee
1370 Ontario Street
Suite 700
Cleveland, OH 44113
atreinish@epitrustee.com
VIA ELECTRONIC SERVICE

Jon J Lieberman, Esq.
Ohio Supreme Court #0058394
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE